# EXHIBIT 2

Ayesha N. Khan
Richard B. Katskee
Sara J. Rose
(motions for admission *pro hac vice* pending)
Heather L. Weaver (motion for admission to the Bar of this court pending)
AMERICANS UNITED FOR SEPARATION OF
    CHURCH AND STATE
518 C St., NE
Washington, DC  20002
Tel:    (202) 466-3234
Fax:    (202) 466-2587
*khan@au.org / katskee@au.org / rose@au.org / weaver@au.org*

Maurice A. Leiter (Bar No. 123732)
John Danos (Bar No. 210964)
ARNOLD & PORTER LLP
777 S. Figueroa St., 44th Floor
Los Angeles, CA  90017
Tel:    (213) 243-4000
Fax:    (213) 243-4199
*Maury_Leiter@aporter.com / John_Danos@aporter.com*

Attorneys for Plaintiffs
HURST et al.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KENNETH  HURST,  JOAN  BALCOME, ) NO. _____
KIRK ROGER TINGBLAD, PHILIP JONES- )
THOMAS, BARRY S. GOLDBERG, SOPHIE )
GOLDBERG, JEANNIE PARENT, KEN and ) **DECLARATION  OF  JOAN  BALCOME**
JODY VALMASSY, and ANN and RICHARD ) **AND    KIRK    ROGER    TINGBLAD    IN**
HOWARD, ) **SUPPORT OF PLAINTIFFS' MOTION**
) **FOR TEMPORARY RESTRAINING**
        *Plaintiffs,* ) **ORDER    AND,    IF    NECESSARY,**
) **PRELIMINARY INJUNCTION**
        v. )
) DATE:
STEVE NEWMAN, individually and in his ) TIME:
official capacity as a member of the El Tejon ) COURT:
Unified School District Board of Trustees; )
PAULA REGAN, individually and in her )
official capacity as a member of the El Tejon )
Unified School District Board of Trustees; )
STACEY GUSTAFSON, individually and in )
her official capacity as a member of the El )
Tejon Unified School District Board of )
Trustees; KITTY JO NELSON, individually )
and in her official capacity as a member of the )
El Tejon Unified School District Board of )
Trustees; PHYLLIS THROCKMORTON, )
individually and in her official capacity as a )
member of the El Tejon Unified School District )
Board of Trustees; JOHN WIGHT, individually )

Decl. of Balcome & Tingblad Supp. Pls.' Mot. for TRO

and in his official capacity as superintendent of ) the El Tejon Unified School District; DAN ) PENNER, individually and in his official ) capacity as principal of Frazier Mountain High ) School; and SHARON LEMBURG, ) individually and in her official capacity as a ) teacher at Frazier Mountain High School, )
)
*Defendants.* )

Joan Balcome and Kirk Roger Tingblad hereby declare under penalty of perjury as follows:

1.      We are the parents of a ninth-grader and the foster parents of a tenth-grader at Frazier Mountain High School.

2.      We are residents of Pine Mountain Club, California, which is located within the El Tejon Unified School District.  We are married to each other (although we have different last names) and reside together with our children.  We pay both State income taxes and local property taxes.

3.      Frazier Mountain High School has three academic sessions per year:  a fall semester, a winter intersession, and a winter/spring semester.  The intersession is a month-long academic session during which students are required to take remedial classes, or if they do not need any remedial classes, to take elective courses.  Rather than a typical seven-period school day, students are required to attend two three-hour-long classes per day during the intersession period.

4.      Students are not permitted to withdraw from intersession classes after the third class.  As of January 5, 2006, the students in the intelligent-design course can no longer withdraw from the class.

5.      After discussing the matter with our ninth-grade son, he decided to enroll in the "Philosophy of Design" intersession course.  He did so because he was interested in the issues to be covered and he was concerned that few (or none) of the enrolled students would advocate in favor of evolutionary principles.  We concurred in our son's election because the syllabus for the

Decl. of Balcome & Tingblad Supp. Pls.' Mot. for TRO

course, which we understand to have been subsequently revised, stated that the curriculum would include guest lectures by bona fide scientists.

6. Prior to the first day of class, we learned through press reports that the class was actually going to advance creationism and intelligent design, and undermine evolution; and that no bona fide scientists were going to speak as part of the course.

7. On the basis of this information, we became concerned that our child would be the only student, or one of very few students, in the course who would advocate evolution, and we felt that placing our son in such a position — particularly as a freshman — would be overwhelming and unfair. We decided, in consultation with our son, that he should dis-enroll from the class.

8. I (Joan Balcome), along with my son, met with a school guidance counselor, explained our objections to the class, and our son was allowed to drop the intelligent-design elective and to take a robotics class instead.

9. We are offended and upset about the school offering the Philosophy of Design course because it advocates a perspective that conflicts with our religious beliefs. I (Joan Balcome) am a Methodist; and I (Kirk Roger Tingblad) am a Congregationalist. Neither of us espouses the view that the earth is only thousands of years old or that the Bible is the literal truth. We believe that this course offering favors a pro-creationist, pro-intelligent-design view over the views that we espouse.

10. We are also offended and upset about the course because we believe that it reflects a preference for fundamentalist Christianity over all other religious and scientific viewpoints.

11. We are also offended and upset about the course because it is structured in a way that deprives our son of the opportunity to be presented with an objective education that would aid the development of his critical-thinking skills. We are also troubled because, in our view, the course undermines the tenth-grade biology curriculum of the Frazier Mountain High School science classes.

12. It has been our experience and observation that electives offered during the intersession period are often, if not usually, repeated in subsequent intersessions.

Decl. of Balcome & Tingblad Supp. Pls.' Mot. for TRO

2

I declare under penalty of perjury that the foregoing is true and correct.

 January 10, 2006          
Dated

 /s/ Joan Balcome          
Joan Balcome
(original signature retained by attorney
Richard B. Katskee)

I declare under penalty of perjury that the foregoing is true and correct.

 January 10, 2006          
Dated

 /s/ Kirk Roger Tingblad          
Kirk Roger Tingblad
(original signature retained by attorney
Richard B. Katskee)

Decl. of Balcome & Tingblad Supp. Pls.' Mot. for TRO

3