Ayesha N. Khan
Richard B. Katskee
Sara J. Rose
(motions for admission *pro hac vice* pending)
Heather L. Weaver (motion for admission to the Bar of this court pending)
AMERICANS UNITED FOR SEPARATION OF
     CHURCH AND STATE
518 C St., NE
Washington, DC  20002
Tel:    (202) 466-3234
Fax:    (202) 466-2587
*akhan@au.org / katskee@au.org / rose@au.org / weaver@au.org*

Maurice A. Leiter (Bar No. 123732)
John Danos (Bar No. 210964)
ARNOLD & PORTER LLP
777 S. Figueroa St., 44th Floor
Los Angeles, CA  90017
Tel:    (213) 243-4000
Fax:    (213) 243-4199
*Maury_Leiter@aporter.com / John_Danos@aporter.com*

Attorneys for Plaintiffs
HURST et al.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KENNETH HURST, JOAN BALCOME, ) NO. _____
KIRK ROGER TINGBLAD, PHILIP JONES- )
THOMAS, BARRY S. GOLDBERG, SOPHIE )
GOLDBERG, JEANNIE PARENT, KEN and ) **[PROPOSED] ORDER GRANTING**
JODY VALMASSY, and ANN and RICHARD ) **PLAINTIFFS' MOTION**
HOWARD, ) **FOR TEMPORARY RESTRAINING**
 ) **ORDER OR, IF NECESSARY,**
*Plaintiffs,* ) **PRELIMINARY INJUNCTION**
 )
v. ) DATE:
 ) TIME:
STEVE NEWMAN, individually and in his ) COURT:
official capacity as a member of the El Tejon )
Unified School District Board of Trustees; )
PAULA REGAN, individually and in her )
official capacity as a member of the El Tejon )
Unified School District Board of Trustees; )
STACEY GUSTAFSON, individually and in )
her official capacity as a member of the El )
Tejon Unified School District Board of )
Trustees; KITTY JO NELSON, individually )
and in her official capacity as a member of the )
El Tejon Unified School District Board of )
Trustees; PHYLLIS THROCKMORTON, )
individually and in her official capacity as a )
member of the El Tejon Unified School District )
Board of Trustees; JOHN WIGHT, individually )

and in his official capacity as superintendent of ) the El Tejon Unified School District; DAN ) PENNER, individually and in his official ) capacity as principal of Frazier Mountain High ) School; and SHARON LEMBURG, individu- ) ally and in her official capacity as a teacher at ) Frazier Mountain High School, )

)

     *Defendants.*    )

The Court hereby ORDERS that plaintiffs' motion for a temporary restraining order is hereby GRANTED:

1.      The Court finds that the plaintiffs have demonstrated that they have satisfied the requirements fo the issuance of a TRO.  Accordingly, the defendants are immediately, and for 10 days hereafter, ENJOINED AND RESTRAINED from teaching the "Philosophy of Design" course at Frazier Mountain High School or any other school in the El Tejon Unified School District.

2.      This order shall be binding on defendants Newman, Regan, Gustafson, Nelson, Throckmorton, Wight, Penner, and Lemburg; all officers, agents, servants, employees, and attorneys of these defendants; and all persons acting in concert with any of the foregoing persons.

3.      No security shall be necessary, as the Court finds that this order is in the public interest, and the costs of compliance imposed on the defendants are minimal.

4.      (Optional) In the event that the Court deems this Order to have been issued *ex parte*, Defendants shall have the right to apply to the Court for modification or dissolution of this Order on two days' notice by personal service or other notice as the Court may allow.

5.      In the event that the Philosophy of Design course was slated to extend beyond the terms of this TRO, a preliminary injunction hearing will be necessary.  In that event, the Court will hold a hearing on a motion for a preliminary injunction as follows:

Date: _____; Time: _____. Responsive papers are due: _____.

IT IS SO ORDERED.

_____
U.S. District Judge

Date: _____

Time: _____