Ayesha N. Khan
Richard B. Katskee
Sara J. Rose
(motions for admission *pro hac vice* pending)
Heather L. Weaver (motion for admission to the Bar of this court pending)
AMERICANS UNITED FOR SEPARATION OF
    CHURCH AND STATE
518 C St., NE
Washington, DC 20002
Tel:  (202) 466-3234
Fax:  (202) 466-2587
*khan@au.org / katskee@au.org / rose@au.org / weaver@au.org*

Maurice A. Leiter (Bar No. 123732)
John Danos (Bar No. 210964)
ARNOLD & PORTER LLP
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel:  (213) 243-4040
Fax:  (213) 243-4199
*Maury_Leiter@aporter.com / John_Danos@aporter.com*

Attorneys for Plaintiffs
HURST et al.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH HURST, JOAN BALCOME, KIRK ROGER TINGBLAD, PHILLIP JONES-THOMAS, BARRY S. GOLDBERG, SOPHIE GOLDBERG, JEANNIE PARENT, KEN and JODY VALMASSY, and ANN and RICHARD HOWARD, <br><br> *Plaintiffs,* <br><br> v. <br><br> STEVE NEWMAN, individually and in his official capacity as a member of the El Tejon Unified School District Board of Trustees; PAULA REGAN, individually and in her official capacity as a member of the El Tejon Unified School District Board of Trustees; STACEY GUSTAFSON, individually and in her official capacity as a member of the El Tejon Unified School District Board of Trustees; KITTY JO NELSON, individually and in her official capacity as a member of the El Tejon Unified School District Board of Trustees; PHYLLIS THROCKMORTON, individually and in her official capacity as a | NO.  CV F-06-36-OWW SMS <br><br> **ORDER TO ADMIT SARA J. ROSE *PRO HAC VICE*** <br><br> DATE: <br> TIME: <br> COURT: |

| | |
|---|---|
| 1 | member of the El Tejon Unified School District ) |
|   | Board of Trustees; JOHN WIGHT, individually ) |
| 2 | and in his official capacity as superintendent of ) |
|   | the El Tejon Unified School District; DAN ) |
| 3 | PENNER, individually and in his official ) |
|   | capacity as principal of Frazier Mountain High ) |
| 4 | School; and SHARON LEMBURG, individu- ) |
|   | ally and in her official capacity as a teacher at ) |
| 5 | Frazier Mountain High School, ) |
|   |    ) |
| 6 |        *Defendants.*    ) |

**[PROPOSED] ORDER**

Pursuant to Local Rule 83-180(b)(2), and meeting all the requirements thereunder, Sara J. Rose, attorney for Kenneth Hurst, et al., is hereby admitted to practice Pro Hac Vice in the United States District Court of the Eastern District of California.

Maurice A. Leiter, a member of the Bar of this Court who is registered for ECF, is hereby designated as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom electronic notice shall also be served. All communication to Mr. Leiter shall be directed to:

>Maurice A. Leiter
>Arnold & Porter LLP
>777 South Figueroa Street
>44th Floor
>Los Angeles, CA 90017
>Phone: (213) 243-4000
>Fax: (213) 243-4199
>Email: maury_leiter@aporter.com

IT IS SO ORDERED.

Dated: __January 12, 2006___

/s/ OLIVER W. WANGER
_____
JUDGE, U.S. DISTRICT COURT

2